The Prudential Insurance Company of America, Ap-
pellee, v. Anton A. Montresor and Elfrida Mont-
resor, Appellants.

Gen. No. 41,407.

opinion filed January 20, 1941. Oplatka, Pavek

318

& Oplatka and Golan & Golan, for appellants; Samuel L. Golan, of counsel; Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and Leonard S. Schmitz, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."